**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2283

BRUCE M. MCLAUGHLIN,

Plaintiff - Appellant,

versus

ANTHONY J. PRINCIPI, Secretary of Department
of Veterans Affairs; JAMES D. SHELTON,
Supervisor; TED IRBY, Team Coach; JERRY
IRELAND, HRM; TANYA B. BURTON, Staff Attorney;
DEPARTMENT OF VETERANS AFFAIRS,

Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  William L. Osteen, Senior
District Judge.  (1:05-cv-00203-WLO-WWD)

Submitted: February 22, 2007        Decided:  February 28, 2007

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bruce M. McLaughlin, Appellant Pro Se.  Lynne P. Klauer, OFFICE OF
THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce M. McLaughlin appeals the district court's adverse grant of summary judgment and dismissal of McLaughlin's action alleging employment discrimination, retaliation, harassment, and ancillary claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McLaughlin v. Principi, No. 1:05-cv-00203-WLO-WWD (M.D.N.C. Oct. 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED